O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR97-269-CAS - 2 |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| MANYALE DEONNIE GILBERT, ) | |
| Defendant. ) | |
| _____ ) | |

On August 23, 2018, this matter came before the Court on Petition on Probation and Supervised Release originally filed on July 17, 2018. Government counsel, Britteny Harris, the defendant and his appointed Deputy Federal Public Defender attorney, Nadine Hettle, were present. The U.S. Probation Officer, Arlene Carty, was also present.

The defendant admitted to the allegations, in violation of his supervised release, as stated in the Petition filed on July 17, 2018. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on February 9, 1998.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is revoked and reinstated, under the same terms and conditions previously imposed, with the added condition, as follows:

- The defendant shall reside at a residential re-entry center (RRC), under the community corrections component, for a period not to exceed four (4) months, and

///

shall comply with all rules and regulations of the RRC, until discharged by the program director, with the approval of the Probation Officer; and

- The defendant shall participate in mental health counseling and drug treatment program (dual-diagnosis), until discharged from the treatment by the treatment provider, with the approval of the Probation Officer.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:    August 23, 2018

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT

By:    /S/_____
    Catherine M. Jeang,  Deputy Clerk